```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------X
GREGORY MESSER, ESQ., as the Chapter 11
Trustee of the Bankruptcy Estate of
TWO FUNNY GUYS, LLC,

                    Plaintiff,

        - against -

STEVEN SALVESEN, MIA CONTRACTING INC.,
PETER SALVESEN, BUMMER REALTY ASSOCIATES,
LLC, WILLIAM SALVESEN, SYLVIA SALVESEN
and DATUM INDUSTRIAL DESIGNS,

                    Defendants.
--------------------------------X
```

O R D E R

08 Civ. 8270 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

It having been reported to this Court that this case has been settled, it is

**ORDERED** that the above-captioned action be, and hereby is, dismissed without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within 30 days.

DATED:   New York, New York
         March 31, 2009

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE